```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 13096
   SANDRA J CURRY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4038

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/12/2006 and was confirmed 01/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/08/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      SECURED NOT I       .00             .00           .00
AMC MORTGAGE SERVICES      SECURED NOT I       .00             .00           .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED           .00           .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED           .00           .00
CHASE MANHATTAN MTG CORP   UNSECURED       NOT FILED           .00           .00
COLLECTION CONNECTION      UNSECURED       NOT FILED           .00           .00
CORPORATE AMERICA FEDERA   UNSECURED         7070.00           .00        7070.00
ER SOLUTIONS INC           UNSECURED         2315.26           .00        2315.26
FIRST PREIMER BANK         UNSECURED       NOT FILED           .00           .00
FIRST PREIMER BANK         UNSECURED       NOT FILED           .00           .00
MERCHANTS & PROFESSIONAL   UNSECURED       NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED           .00           .00
MIDLAND FINANCE            UNSECURED       NOT FILED           .00           .00
NATIONWIDE ACCEPTANCE~     UNSECURED       NOT FILED           .00           .00
NCO MEDCLR                 UNSECURED       NOT FILED           .00           .00
NCO MEDCLR                 UNSECURED       NOT FILED           .00           .00
NCO MEDCLR                 UNSECURED       NOT FILED           .00           .00
NICOR GAS                  UNSECURED       NOT FILED           .00           .00
PALSIADES COLLECTIONS      UNSECURED       NOT FILED           .00           .00
PREMIUM ASSET RECOVERY C   UNSECURED          701.70           .00         701.70
INTERNAL REVENUE SERVICE   FILED LATE       16568.01           .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   FILED LATE       58650.01           .00           .00
BENNIE W FERNANDEZ         DEBTOR ATTY       2,123.00                     2,123.00
TOM VAUGHN                 TRUSTEE                                          812.60
DEBTOR REFUND              REFUND                                           548.44

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   13,571.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 13096 SANDRA J CURRY
```

```
PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                        10,086.96
ADMINISTRATIVE                                                    2,123.00
TRUSTEE COMPENSATION                                                812.60
DEBTOR REFUND                                                       548.44
                                       ---------------     ---------------
TOTALS                                       13,571.00           13,571.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 02/28/08                            /s/ Tom Vaughn
                                                          _____
                                                          TOM VAUGHN
                                                          CHAPTER 13 TRUSTEE